CLOSED, EGT, MEDREQ, STAYED

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
## CIVIL DOCKET FOR CASE #: 0:07-cv-61800-FAM

Sanofi-Aventis et al v. Apotex, Inc. et al
Assigned to: Chief Judge Federico A. Moreno
Referred to: Magistrate Judge Edwin G. Torres
Cause: 35:0271 Patent Infringement

Date Filed: 12/10/2007
Date Terminated: 04/29/2008
Jury Demand: Defendant
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Sanofi-Aventis**                        represented by  **Alfred John Saikali**
Shook Hardy & Bacon
201 S Biscayne Boulevard
Suite 2400
Miami, FL 33131-4332
305-358-5171
Fax: 305-358-7470
Email: asaikali@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis Gorton**
Kirkland & Ellis
153 E 53rd Street
New York, NY 10022-4611
212-446-4800
Email: agorton@kirkland.com
*ATTORNEY TO BE NOTICED*

**Gerald J. Flattmann, Jr.**
Kirkland & Ellis
153 E 53rd Street
New York, NY 10022-4611
212-446-4800
Email: gflattmann@kirkland.com
*ATTORNEY TO BE NOTICED*

**John M. Desmarais**
Kirkland & Ellis
153 E 53rd Street
New York, NY 10022-4611
212-446-4800
Fax: 446-4900

Email: jdesmarais@kirkland.com
*ATTORNEY TO BE NOTICED*

**William T. Vuk**
Kirkland & Ellis
153 E 53rd Street
New York, NY 10022-4611
212-446-4800
Email: wvuk@kirkland.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sanofi-Aventis, U.S. LLC**              represented by  **Alfred John Saikali**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis Gorton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerald J. Flattmann, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John M. Desmarais**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William T. Vuk**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Apotex, Inc.**                          represented by  **Jennifer Rae Coberly**
Zuckerman Spaeder Taylor & Evans
201 S Biscayne Boulevard
Suite 900
Miami, FL 33131
305-358-5000
Fax: 579-9749
Email: jcoberly@zuckerman.com
*TERMINATED: 04/09/2008*
*LEAD ATTORNEY*

**Stephen Jay Bronis**
Carlton Fields, P.A.
100 SE 2nd Street

Suite 4000
Miami, FL 33131
305-530-0050
Fax: 305-530-0055
Email: sbronis@carltonfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. White**
Welsh & Katz
120 S Riverside Plaza
22nd Floor
Chicago, IL 60606
312-655-1500
Fax: 312-655-1501
Email: jpwhite@welshkatz.com
*ATTORNEY TO BE NOTICED*

**Laurel White Marc-Charles**
Richard & Richard
825 Brickell Bay Drive
Suite 1748 Tower III
Miami, FL 33131-2961
305-374-6688
Fax: 374-0384
Email: Laurel@richardandrichard.com
*ATTORNEY TO BE NOTICED*

**Phillip D. Segrest, Jr.**
Welsh & Katz
120 S Riverside Plaza
22nd Floor
Chicago, IL 60606
312-655-1500
Fax: 312-655-1501
Email: pdsegrest@welshkatz.com
*ATTORNEY TO BE NOTICED*

**Robert Burton Breisblatt**
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
312-902-5200
Fax: 312-902-1061
Email:
Robert.Breisblatt@kattenlaw.com
*TERMINATED: 05/02/2008*
*ATTORNEY TO BE NOTICED*

**Sherry L. Rollo**

Welsh & Katz
120 S Riverside Plaza
22nd Floor
Chicago, IL 60606
312-655-1500
Fax: 312-655-1501
Email: srollo@welshkatz.com
*ATTORNEY TO BE NOTICED*

**Steven E. Feldman**
Welsh & Katz
120 S Riverside Plaza
22nd Floor
Chicago, IL 60606
312-655-1500
Fax: 312-655-1501
Email: sefeldman@welshkatz.com
*ATTORNEY TO BE NOTICED*

**Walter J. Tache**
Carlton Fields
4000 International Place
100 S.E. Second Street
Miami, FL 33131-2114
305-530-0050
Fax: 530-0055
Email: wtache@carltonfields.com
*TERMINATED: 04/09/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Apotex Corp.**                    represented by  **Jennifer Rae Coberly**
(See above for address)
*TERMINATED: 04/09/2008*
*LEAD ATTORNEY*

**Stephen Jay Bronis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laurel White Marc-Charles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip D. Segrest, Jr.**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Burton Breisblatt**
(See above for address)
*TERMINATED: 05/02/2008*
*ATTORNEY TO BE NOTICED*

**Sherry L. Rollo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven E. Feldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter J. Tache**
(See above for address)
*TERMINATED: 04/09/2008*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Apotex, Inc.**                    represented by    **Jennifer Rae Coberly**
(See above for address)
*TERMINATED: 04/09/2008*
*LEAD ATTORNEY*

**Laurel White Marc-Charles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip D. Segrest, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Burton Breisblatt**
(See above for address)
*TERMINATED: 05/02/2008*
*ATTORNEY TO BE NOTICED*

**Sherry L. Rollo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven E. Feldman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter J. Tache**
(See above for address)
*TERMINATED: 04/09/2008*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Apotex Corp.**                    represented by **Jennifer Rae Coberly**
(See above for address)
*TERMINATED: 04/09/2008*
*LEAD ATTORNEY*

**Laurel White Marc-Charles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip D. Segrest, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Burton Breisblatt**
(See above for address)
*TERMINATED: 05/02/2008*
*ATTORNEY TO BE NOTICED*

**Sherry L. Rollo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven E. Feldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter J. Tache**
(See above for address)
*TERMINATED: 04/09/2008*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Sanofi-Aventis**                    represented by **Alexis Gorton**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Alfred John Saikali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerald J. Flattmann, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John M. Desmarais**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William T. Vuk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Sanofi-Aventis, U.S. LLC**                represented by **Alfred John Saikali**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis Gorton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerald J. Flattmann, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John M. Desmarais**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William T. Vuk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Apotex, Inc.**                represented by **Jennifer Rae Coberly**
(See above for address)
*TERMINATED: 04/09/2008*
*LEAD ATTORNEY*

**Laurel White Marc-Charles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip D. Segrest, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Burton Breisblatt**
(See above for address)
*TERMINATED: 05/02/2008*
*ATTORNEY TO BE NOTICED*

**Sherry L. Rollo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven E. Feldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter J. Tache**
(See above for address)
*TERMINATED: 04/09/2008*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Apotex Corp.**                represented by  **Jennifer Rae Coberly**
(See above for address)
*TERMINATED: 04/09/2008*
*LEAD ATTORNEY*

**Laurel White Marc-Charles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip D. Segrest, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Burton Breisblatt**
(See above for address)
*TERMINATED: 05/02/2008*
*ATTORNEY TO BE NOTICED*

**Sherry L. Rollo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven E. Feldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter J. Tache**
(See above for address)
*TERMINATED: 04/09/2008*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Sanofi-Aventis**                    represented by    **Alfred John Saikali**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis Gorton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerald J. Flattmann, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John M. Desmarais**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William T. Vuk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Sanofi-Aventis, U.S. LLC**          represented by    **Alfred John Saikali**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis Gorton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerald J. Flattmann, Jr.**
(See above for address)

*ATTORNEY TO BE NOTICED*

**John M. Desmarais**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William T. Vuk**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2007 | 1 | COMPLAINT against Apotex, Inc., Apotex Corp. Filing fee $ 350. Receipt#: 971492, filed by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (dj) (Entered: 12/11/2007) |
| 12/28/2007 | 2 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM *and Affirmative Defenses* against all plaintiffs by Apotex, Inc., Apotex Corp.. (Coberly, Jennifer) (Entered: 12/28/2007) |
| 01/02/2008 | 3 | ANSWER to Complaint with Jury Demand, Amended COUNTERCLAIM against all plaintiffs by Apotex, Inc., Apotex Corp.. (Coberly, Jennifer) (Entered: 01/02/2008) |
| 01/03/2008 | 4 | SCHEDULING ORDER; ORDER REFERRING CASE to Mediation. 15 days to appoint mediator. Jury Trial set for 5/27/2008 09:00 AM in Miami Division before Chief Judge Federico A. Moreno.Signed by Judge Federico A. Moreno on 1/3/2008.(lc1) (Entered: 01/03/2008) |
| 01/04/2008 |  | Pursuant to 4 , Set/Reset Scheduling Order Deadlines: Calendar Call set for 5/20/2008 02:00 PM in Miami Division before Chief Judge Federico A. Moreno. Amended Pleadings due by 1/31/2008. Discovery due by 3/27/2008. Joinder of Parties due by 1/31/2008. Mediation Deadline 4/28/2008. Motions due by 4/28/2008. Pretrial Stipulation due by 5/13/2008. (dg) (Entered: 01/04/2008) |
| 01/08/2008 | 5 | Plaintiff's MOTION to Stay *and Transfer and Supporting Memorandum of Law* by Sanofi-Aventis, Sanofi-Aventis. Responses due by 1/23/2008 (Attachments: # 1 Text of Proposed Order Proposed Order)(Saikali, Alfred) (Entered: 01/08/2008) |
| 01/08/2008 | 6 | AFFIDAVIT signed by : William Vuk. re 5 Plaintiff's MOTION to Stay *and Transfer and Supporting Memorandum of Law* by Sanofi-Aventis, Sanofi-Aventis. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19)(Saikali, Alfred) (Entered: 01/08/2008) |
| 01/08/2008 | 7 | Plaintiff's MOTION for Hearing re 5 Plaintiff's MOTION to Stay *and Transfer and Supporting Memorandum of Law* by Sanofi-Aventis, Sanofi-Aventis. (Saikali, Alfred) (Entered: 01/08/2008) |

| 01/08/2008 | 8 | Plaintiff's MOTION to Stay *Certain Deadlines and Supporting Memorandum of Law* by Sanofi-Aventis, Sanofi-Aventis. Responses due by 1/23/2008 (Attachments: # 1 Text of Proposed Order Proposed Order) (Saikali, Alfred) (Entered: 01/08/2008) |
| 01/09/2008 | 9 | NOTICE of Instruction to Filer: re 5 Plaintiff's MOTION to Stay *and Transfer and Supporting Memorandum of Law* filed by Sanofi-Aventis, ERROR: Motion with Multiple Reliefs Filed as One Relief; Instruction to Filer: In the future please select all applicable Reliefs (You can select multiple reliefs by using the Ctrl key). This is for *FUTURE* reference only, it is not necessary to refile this document. (gp) (Entered: 01/09/2008) |
| 01/09/2008 | 10 | MOTION for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Filing for Gerald J. Flattmann, Jr., Filing Fee $75, Receipt #972917. (cw) (Entered: 01/10/2008) |
| 01/15/2008 | 11 | AFFIDAVIT signed by : William Vuk. *in Support of Plaintiffs' Motion to Continue Pretrial Deadlines and Trial* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4)(Saikali, Alfred) (Entered: 01/15/2008) |
| 01/15/2008 | 12 | Plaintiff's MOTION to Continue *Pretrial Deadlines and Trial and Supporting Memorandum of Law* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. Responses due by 1/30/2008 (Attachments: # 1 Text of Proposed Order Proposed Order)(Saikali, Alfred) (Entered: 01/15/2008) |
| 01/15/2008 | 13 | MOTION for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings for Steven E. Feldman, Filing Fee $75, Receipt #973233. (cw) (Entered: 01/16/2008) |
| 01/15/2008 | 14 | MOTION for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Filing for Alexis Gorton, Filing Fee $75, Receipt #973247. (cw) (Entered: 01/16/2008) |
| 01/15/2008 | 15 | MOTION for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings for Sherry L. Rollo, Filing Fee $75, Receipt #973233. (cw) (Entered: 01/16/2008) |
| 01/15/2008 | 16 | MOTION for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Filing for William T. Vuk, Filing Fee $75, Receipt #973246. (cw) (Entered: 01/16/2008) |
| 01/17/2008 | 17 | ORDER granting 10 Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings for Gerald J. Flattmann, Jr. Signed by Judge Federico A. Moreno on 1/17/2008. (lc1) (Entered: 01/17/2008) |
| 01/17/2008 | 18 | *Plaintiffs'* ANSWER to Counterclaim *(Amended of Apotex Inc. and* |

| | | |
|---|---|---|
| | | *Apotex Corp.* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC.(Saikali, Alfred) (Entered: 01/17/2008) |
| 01/18/2008 | 19 | ENDORSED ORDER granting 15 Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings. This is a paperless order. Signed by Judge Federico A. Moreno on 1/18/2008. (lc1) (Entered: 01/18/2008) |
| 01/18/2008 | 20 | ENDORSED ORDER granting 14 Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings. This is a paperless order. Signed by Judge Federico A. Moreno on 1/18/2008. (lc1) (Entered: 01/18/2008) |
| 01/18/2008 | 21 | ENDORSED ORDER granting 13 Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings. This is a paperless order. Signed by Judge Federico A. Moreno on 1/18/2008. (lc1) (Entered: 01/18/2008) |
| 01/18/2008 | 22 | ENDORSED ORDER granting 16 Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings. Signed by Judge Federico A. Moreno on 1/18/2008. (lc1) (Entered: 01/18/2008) |
| 01/22/2008 | 23 | ORDER granting 12 Motion to Continue and Revising Pretrial Deadlines. The trial is continued from May 27, 2008 to October 6, 2008. The calendar call is continued to Tuesday, September 30, 2008. Signed by Judge Federico A. Moreno on 1/22/2008. (lc1) (Entered: 01/22/2008) |
| 01/22/2008 | | Set Deadlines/Hearings per Order at DE 23 : Discovery due by 8/6/2008. Pretrial Stipulation due by 9/23/2008. Calendar Call set for 9/30/2008 02:00 PM before Chief Judge Federico A. Moreno. Jury Trial set for 10/6/2008 09:00 AM before Chief Judge Federico A. Moreno. (bb) (Entered: 01/24/2008) |
| 01/24/2008 | 24 | NOTICE /the parties have exchanged proposed mediators by Sanofi-Aventis (tb) (Entered: 01/25/2008) |
| 01/25/2008 | 25 | MOTION for Protective Order *and Incorporated Memorandum of Law* by Apotex, Inc., Apotex Corp.. (Attachments: # 1 Text of Proposed Order)(Coberly, Jennifer) (Entered: 01/25/2008) |
| 01/28/2008 | 26 | MEMORANDUM in Opposition re 5 Plaintiff's MOTION to Stay *and Transfer and Supporting Memorandum of Law* filed by Apotex, Inc., Apotex Corp.. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(Coberly, Jennifer) (Entered: 01/28/2008) |
| 01/31/2008 | 27 | ORDER REFERRING MOTION to Magistrate Judge Andrea M. Simonton 25 MOTION for Protective Order *and Incorporated Memorandum of Law* filed by Apotex, Inc.,, Apotex Corp., Signed by Judge Federico A. Moreno on 1/31/2008.(lc1) (Entered: 01/31/2008) |
| 01/31/2008 | 28 | ORDER of Correction re 27 Order Referring Motion.Signed by Judge Federico A. Moreno on 1/31/2008.(lc1) (Entered: 01/31/2008) |

| 01/31/2008 | 29 | Defendant's MOTION for Extension of Time to File *Joint Scheduling Report* by Apotex, Inc., Apotex Corp.. (Attachments: # 1 Exhibit Apotex Scheduling Report)(Tache, Walter) (Entered: 01/31/2008) |
|---|---|---|
| 01/31/2008 | 30 | Plaintiff's MOTION for Leave to File *Scheduling Report and Proposed Scheduling Order* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Text of Proposed Order 3)(Saikali, Alfred) (Entered: 02/01/2008) |
| 02/07/2008 | 31 | AFFIDAVIT signed by : Alexis Gorton. *in Support of Plaintiffs' Emergency Motion to Stay Pending JPML Decision* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13)(Saikali, Alfred) (Entered: 02/07/2008) |
| 02/07/2008 | 32 | Emergency MOTION to Stay re 31 Affidavit, *Pending JPML Decision and Supporting Memorandum of Law* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. Responses due by 2/22/2008 (Attachments: # 1 Text of Proposed Order Proposed Order)(Saikali, Alfred) (Entered: 02/07/2008) |
| 02/07/2008 | 33 | Plaintiff's MOTION for Hearing re 32 Emergency MOTION to Stay re 31 Affidavit, *Pending JPML Decision and Supporting Memorandum of Law* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Saikali, Alfred) (Entered: 02/07/2008) |
| 02/07/2008 | 34 | REPLY to Response to Motion re 5 Plaintiff's MOTION to Stay *and Transfer and Supporting Memorandum of Law* filed by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Saikali, Alfred) (Entered: 02/07/2008) |
| 02/07/2008 | 35 | AFFIDAVIT signed by : Alexis Gorton. re 34 Reply to Response to Motion, *in Support of Motion to Transfer or Stay* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Exhibit 20# 2 Exhibit 21# 3 Exhibit 22# 4 Exhibit 23)(Saikali, Alfred) (Entered: 02/07/2008) |
| 02/07/2008 | 38 | MOTION for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Filing for John M. Desmarais, Filing Fee $75, Receipt #974606. (cw) (Entered: 02/11/2008) |
| 02/08/2008 | 36 | ORDER denying as moot 29 Motion for Extension of Time to File, denying as moot 30 Motion for Leave to File. Signed by Judge Federico A. Moreno on 02/08/2008. (lc1) (Entered: 02/08/2008) |
| 02/08/2008 | 37 | NOTICE of Instruction to Filer: re 32 Emergency MOTION to Stay re 31 |

| | | |
|---|---|---|
| | | Affidavit, *Pending JPML Decision and Supporting Memorandum of Law* filed by Sanofi-Aventis, U.S. LLC, Sanofi-Aventis. Regarding Emergency Motions/Requests for Emergency Hearing. Pursuant to 5F in the Administrative Procedures, because the matters require the immediate attention of the Judge, the Original Emergency Motion and a Copy for the Judge must be filed in conventional paper format in the division where the Judge is chambered. This is for *FUTURE* reference only, it is not necessary to refile this document. (gp) (Entered: 02/08/2008) |
| 02/11/2008 | 39 | MEMORANDUM in Opposition re 25 MOTION for Protective Order *and Incorporated Memorandum of Law* filed by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Saikali, Alfred) (Entered: 02/11/2008) |
| 02/11/2008 | 40 | AFFIDAVIT signed by : Alexis Gorton. re 39 Memorandum in Opposition, *To Defendants' Motion for Protective Order* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4# 5 Exhibit Exhibit 5# 6 Exhibit Exhibit 6)(Saikali, Alfred) (Entered: 02/11/2008) |
| 02/13/2008 | 41 | RESPONSE in Opposition re 32 Emergency MOTION to Stay re 31 Affidavit, *Pending JPML Decision and Supporting Memorandum of Law* filed by Apotex Corp., Apotex, Inc.. (Coberly, Jennifer) Modified on 2/14/2008 (ls). [Filers modified by Clerk] (Entered: 02/13/2008) |
| 02/14/2008 | 42 | ORDER granting 38 Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings. Signed by Judge Federico A. Moreno on 02/14/2008. (lc1) (Entered: 02/14/2008) |
| 02/14/2008 | 43 | REPLY to Response to Motion re 32 Emergency MOTION to Stay re 31 Affidavit, *Pending JPML Decision and Supporting Memorandum of Law* filed by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Saikali, Alfred) (Entered: 02/14/2008) |
| 02/14/2008 | 44 | Plaintiff's MOTION for Protective Order *and Supporting Memorandum of Law* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Text of Proposed Order)(Saikali, Alfred) (Entered: 02/14/2008) |
| 02/14/2008 | 45 | AFFIDAVIT signed by : William Vuk. re 44 Plaintiff's MOTION for Protective Order *and Supporting Memorandum of Law* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Saikali, Alfred) (Entered: 02/14/2008) |
| 02/14/2008 | 46 | Plaintiff's MOTION for Hearing re 44 Plaintiff's MOTION for Protective |

| | | |
|---|---|---|
| | | Order *and Supporting Memorandum of Law* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Saikali, Alfred) (Entered: 02/14/2008) |
| 02/15/2008 | 47 | REPLY to Response to Motion re 25 MOTION for Protective Order *and Incorporated Memorandum of Law Plaintiffs' Opposition to Motion for Protective Order* filed by Apotex, Inc., Apotex Corp.. (Coberly, Jennifer) (Entered: 02/15/2008) |
| 02/19/2008 | 48 | ORDER denying 32 Emergency Motion to Stay, denying 33 Motion for Hearing. Signed by Judge Federico A. Moreno on 02-18-2008. (lc1) (Entered: 02/19/2008) |
| 02/19/2008 | 49 | Corporate Disclosure Statement by Apotex, Inc., Apotex Corp.. (Coberly, Jennifer) (Entered: 02/19/2008) |
| 02/20/2008 | 50 | NOTICE of Attorney Appearance by Robert Burton Breisblatt on behalf of all defendants (Breisblatt, Robert) (Entered: 02/20/2008) |
| 02/20/2008 | 51 | ORDER granting Defendants' 25 Motion for Protective Order. Signed by Magistrate Judge Andrea M. Simonton on 2/20/08. (js) (Entered: 02/20/2008) |
| 02/20/2008 | 52 | Corporate Disclosure Statement by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Saikali, Alfred) (Entered: 02/20/2008) |
| 02/21/2008 | 53 | AMENDED DOCUMENT by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. Amendment to 52 Corporate Disclosure Statement/Certificate of Interested Parties. (Saikali, Alfred) (Entered: 02/21/2008) |
| 02/26/2008 | 54 | Plaintiff's MOTION to Compel *Defendants to Comply with Court's 2/20/08 Order , and Incorporated Memorandum of Law,* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. Responses due by 3/11/2008 (Attachments: # 1 Text of Proposed Order Proposed Order) (Saikali, Alfred) (Entered: 02/26/2008) |
| 02/26/2008 | 55 | AFFIDAVIT signed by : William Vuk. re 54 Plaintiff's MOTION to Compel *Defendants to Comply with Court's 2/20/08 Order , and Incorporated Memorandum of Law,* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4# 5 Exhibit Exhibit 5# 6 Exhibit Exhibit 6)(Saikali, Alfred) (Entered: 02/26/2008) |
| 02/27/2008 | 56 | Plaintiff's MOTION for Hearing *(Status Conference) and Incorporated Memorandum of Law* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Saikali, Alfred) (Entered: 02/27/2008) |
| 02/27/2008 | 57 | AFFIDAVIT signed by : Alexis Gorton. re 56 Plaintiff's MOTION for Hearing *(Status Conference) and Incorporated Memorandum of Law* by |

| | | |
|---|---|---|
| | | Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Exhibit Exhibit 1)(Saikali, Alfred) (Entered: 02/27/2008) |
| 02/28/2008 | 58 | Plaintiff's MOTION To Withdraw in Part Plaintiffs' Motion to Compel Defendants to Comply with the Court's 2/20/08 Order re 54 Plaintiff's MOTION to Compel *Defendants to Comply with Court's 2/20/08 Order , and Incorporated Memorandum of Law,* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Saikali, Alfred) (Entered: 02/28/2008) |
| 02/28/2008 | 59 | Notice of Supplemental Authority re 56 Plaintiff's MOTION for Hearing *(Status Conference) and Incorporated Memorandum of Law* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC (Attachments: # 1 Exhibit Exhibit 1)(Saikali, Alfred) (Entered: 02/28/2008) |
| 02/29/2008 | 60 | MEMORANDUM in Opposition re 44 Plaintiff's MOTION for Protective Order *and Supporting Memorandum of Law to Plaintiffs' Motion for Protective Order to Avoid Having to Respond to Outstanding Discovery* filed by Apotex, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Davidson, Matthew) Modified text on 3/3/2008 (tp). (Entered: 02/29/2008) |
| 02/29/2008 | 61 | TEXT ORDER denying as moot 54 Motion to Compel, granting 58 Motion to withdraw motion to compel and for extension of time file joint proposed protective order. On or before March 10, 2008, the parties shall file a proposed Protective Order in accordance with this Court's February 20, 2008 Order. This is a paperless Order.Signed by Magistrate Judge Andrea M. Simonton on 2/29/08. (AMS) (Entered: 02/29/2008) |
| 03/06/2008 | 63 | Courtesy Copy of MDL #1941 Reply Brief in Further Support of Plaintiff's Motion to Transfer and Consolidate for Pretrial Proceedings. (SDFL Case #07cv61800-FAM) (Attachments: #(1) Exhibits #1-#9 and Certificate of Service) (de) (Entered: 03/10/2008) |
| 03/07/2008 | 62 | RESPONSE to Motion re 56 Plaintiff's MOTION for Hearing *(Status Conference) and Incorporated Memorandum of Law* filed by Apotex, Inc., Apotex Corp.. Replies due by 3/14/2008. (Attachments: # 1 Exhibit A)(Coberly, Jennifer) (Entered: 03/07/2008) |
| 03/10/2008 | 64 | REPLY to Response to Motion re 44 Plaintiff's MOTION for Protective Order *and Supporting Memorandum of Law* filed by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Saikali, Alfred) (Entered: 03/10/2008) |
| 03/10/2008 | 65 | AFFIDAVIT signed by : William Vuk. re 64 Reply to Response to Motion, by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Exhibit 4# 2 Exhibit 5# 3 Exhibit 6)(Saikali, Alfred) |

| | | (Entered: 03/10/2008) |
|---|---|---|
| 03/10/2008 | 66 | Joint MOTION for Extension of Time to File *Protective Order* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Saikali, Alfred) (Entered: 03/10/2008) |
| 03/10/2008 | 67 | AMENDED DOCUMENT by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. Amendment to 66 Joint MOTION for Extension of Time to File *Protective Order (Amended Proposed Order)*. (Saikali, Alfred) (Entered: 03/10/2008) |
| 03/11/2008 | 68 | NOTICE of Instruction to Filer: re 67 Amended Document, filed by Sanofi-Aventis, U.S. LLC, Sanofi-Aventis. Error: Proposed Order/Exhibit Docketed as Main Document; Instruction to Filer=Proposed Orders, unless otherwise directed by a Judge, shall be filed initially as an attachment to a motion, notice, or other filing. Please refer to the CM/ECF Administrative Procedures. This is for *FUTURE* reference only. It is not necessary to refile this document. (gp) (Entered: 03/11/2008) |
| 03/11/2008 | 69 | TEXT ORDER granting 66 Joint Motion for Enlargement of Time to File Proposed Protective Order. On or before March 12, 2008, the parties shall file a Proposed Protective Order in accordance with this Court's February 20, 2008 Order. This is a paperless Order. Signed by Magistrate Judge Andrea M. Simonton on 3/11/08. (js) (Entered: 03/11/2008) |
| 03/12/2008 | 70 | NOTICE of Compliance *with Order GRanting Defendants' Motion for Entry of a Protective Order* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC re 51 Order on Motion for Protective Order (Attachments: # 1 Exhibit 1 (Protective Order))(Saikali, Alfred) (Entered: 03/12/2008) |
| 03/12/2008 | 71 | Statement of: Apotex Defendants' Position on Disputed Paragraph 12 of the Protective Order Pertaining to Materials Believed to be Covered by the EU Privacy Directive by Apotex, Inc., Apotex Corp., Apotex, Inc., Apotex Corp., Apotex, Inc., Apotex Corp.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Breisblatt, Robert) (Entered: 03/13/2008) |
| 03/17/2008 | 72 | ORDER Regarding Protective Order. Signed by Magistrate Judge Andrea M. Simonton on 3/17/08.(js) (Entered: 03/17/2008) |
| 03/17/2008 | 73 | REPLY to Response to Motion re 56 Plaintiff's MOTION for Hearing *(Status Conference) and Incorporated Memorandum of Law* filed by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Saikali, Alfred) (Entered: 03/17/2008) |
| 03/17/2008 | 74 | AFFIDAVIT signed by : Alexis Gorton. re 73 Reply to Response to Motion, *for Status Conference,* by Sanofi-Aventis, Sanofi-Aventis, U.S. |

| | | |
|---|---|---|
| | | LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Exhibit Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3)(Saikali, Alfred) (Entered: 03/17/2008) |
| 03/20/2008 | 75 | NOTICE of Compliance *with Order Regarding Protective Order Dated March 17, 2008* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC re 72 Order (Attachments: # 1 Text of Proposed Order Exhibit 1) (Saikali, Alfred) (Entered: 03/20/2008) |
| 03/21/2008 | 76 | PROTECTIVE ORDER signed by Magistrate Judge Andrea M. Simonton on 3/21/08.(js) (Entered: 03/21/2008) |
| 03/24/2008 | 77 | Courtesy Copy of MDL #1941 Notice of Related Action. (SDFL Case #07cv61800-FAM) (Attachments: # 1 Complaint, Civil Cover Sheet and Docket Sheet for District of Delaware) (de) (Entered: 03/24/2008) |
| 03/25/2008 | 78 | Defendant's MOTION to Compel *Discovery Responses and Incorporated Memorandum of Law* by Apotex, Inc., Apotex Corp., Apotex, Inc., Apotex Corp., Apotex, Inc., Apotex Corp.. Responses due by 4/8/2008 (Attachments: # 1 Exhibit A)(Breisblatt, Robert) (Entered: 03/25/2008) |
| 03/25/2008 | 79 | NOTICE of Compliance by Apotex, Inc., Apotex Corp., Apotex, Inc., Apotex Corp., Apotex, Inc., Apotex Corp. re 78 Defendant's MOTION to Compel *Discovery Responses and Incorporated Memorandum of Law* filed by Apotex, Inc.,, Apotex Corp., (Breisblatt, Robert) (Entered: 03/25/2008) |
| 03/27/2008 | 80 | MOTION to Withdraw as Attorney *Stephen Bronis, Jennifer Coberly, Walter Tache and the Law Firm of Zuckerman Spaeder LLP* by Apotex, Inc., Apotex Corp.. Responses due by 4/10/2008 (Attachments: # 1 Text of Proposed Order)(Coberly, Jennifer) (Entered: 03/27/2008) |
| 03/27/2008 | 81 | Notice of Pendency of Other Action by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC (Attachments: # 1 Exhibit 1)(Saikali, Alfred) (Entered: 03/27/2008) |
| 04/04/2008 | 82 | NOTICE of Attorney Appearance by Laurel White Marc-Charles on behalf of all defendants (Marc-Charles, Laurel) (Entered: 04/04/2008) |
| 04/07/2008 | 83 | ORDER granting 80 Motion to Withdraw as Attorney. Attorneys Walter J. Tache; Stephen Jay Bronis and Jennifer Rae Coberly terminated.Signed by Judge Federico A. Moreno on 04/07/2008. (lc1) (Entered: 04/07/2008) |
| 04/08/2008 | 84 | Case Reassignment of Paired Magistrate Judge pursuant to Administrative Order 2008-09 to Magistrate Judge Edwin G. Torres Judge Andrea M. Simonton no longer assigned to the case. (ra) (Entered: 04/08/2008) |
| 04/09/2008 | | Attorney Jennifer Rae Coberly and Walter J. Tache terminated. Sent terminated attorney(s) instructions for tracking future case activity. (lk) (Entered: 04/09/2008) |

| | | |
|---|---|---|
| 04/10/2008 | 85 | Unopposed MOTION for Extension of Time to File *Opposition to Defendants' Motion to Compel Discovery Responses* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Saikali, Alfred) (Entered: 04/10/2008) |
| 04/11/2008 | 86 | ORDER granting 85 Plaintiff's Unopposed Motion for Four-Day Enlargement of Time. Plaintiff shall file a response by no later than April 15, 2008. Signed by Judge Federico A. Moreno on 4/11/2008. (lc3) (Entered: 04/11/2008) |
| 04/14/2008 | 87 | ORDER STRIKING CASE FROM TRIAL CALENDAR. Signed by Judge Federico A. Moreno on 04/11/2008. (lc1) (Entered: 04/14/2008) |
| 04/15/2008 | 88 | Sealed Document. (vjk) (Entered: 04/16/2008) |
| 04/15/2008 | 89 | Sealed Document. (vjk) (Entered: 04/16/2008) |
| 04/15/2008 | 90 | Sealed Document. (vjk) (Entered: 04/16/2008) |
| 04/22/2008 | 91 | Unopposed MOTION to Continue *Mediation Deadline* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. Responses due by 5/6/2008 (Attachments: # 1 Text of Proposed Order Proposed Order) (Saikali, Alfred) (Entered: 04/22/2008) |
| 04/22/2008 | 92 | Unopposed MOTION to Continue *Mediation Deadline* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. Responses due by 5/6/2008 (Attachments: # 1 Text of Proposed Order)(Saikali, Alfred) (Entered: 04/22/2008) |
| 04/23/2008 | 93 | NOTICE of Striking *Document From Court Docket, Docket Entry 91 and [91-2] by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC (Saikali, Alfred) Modified on 4/28/2008 (lk). (Entered: 04/23/2008)* |
| 04/23/2008 | 94 | ORDER DENYING PLAINTIFFS' MOTION TO FILE UNDER SEAL. Signed by Judge Federico A. Moreno on 04/21/2008.(lc1) (Entered: 04/23/2008) |
| 04/23/2008 | 96 | MOTION for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings for James P. White, Filing Fee $75, Receipt #979080. (cw) (Entered: 04/24/2008) |
| 04/23/2008 | 97 | MOTION for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings for Phillip D. Segrest, Jr., Filing Fee $75, Receipt #979079. (cw) (Entered: 04/24/2008) |
| 04/24/2008 | 95 | Plaintiff's MOTION for clarification 94 Order *Denying Plaintiffs' Motion to File Under Seal* by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC, Sanofi-Aventis, Sanofi-Aventis, U.S. LLC. Responses due by 5/8/2008 (Saikali, Alfred) (Entered: 04/24/2008) |
| 04/28/2008 | 98 | NOTICE of Docket Correction and Instruction to Filer: re 93 Notice of |

| | | |
|---|---|---|
| | | Striking filed by Sanofi-Aventis, U.S. LLC,, Sanofi-Aventis, Error: NO Document Link; Correction=Document Relinked To DE 91 . Instruction to Filer=In the future please link the Document to the proper entry; (lk) (Entered: 04/28/2008) |
| 04/28/2008 | 99 | MOTION to Withdraw as Attorney *and to Substitute New Lead Counsel.* by Apotex, Inc., Apotex Corp.. Responses due by 5/12/2008 (Breisblatt, Robert) (Entered: 04/28/2008) |
| 04/29/2008 | 100 | ORDER RECONSIDERING ORDER DENYING EMERGENCY MOTION TO STAY, CLOSING CASE FOR STATISTICAL PURPOSES, AND PLACING MATTER IN CIVIL SUSPENSE FILE. Signed by Judge Federico A. Moreno on 04/28/2008.(lc1) (Entered: 04/29/2008) |
| 05/01/2008 | 101 | ORDER GRANTING MOTIONS FOR LIMITED APPEARANCE [96,97]. Signed by Judge Federico A. Moreno on 04/30/2008.(lc1) (Entered: 05/01/2008) |
| 05/01/2008 | 102 | ORDER GRANTING MOTION TO WITHDRAW AND TO SUBSTITUTE NEW LEAD COUNSEL. Signed by Judge Federico A. Moreno on 04/30/2008.(lc1) (Entered: 05/01/2008) |
| 05/02/2008 | | Attorney Robert Burton Breisblatt terminated per 102 ; Sent terminated attorney instructions for tracking future case activity. (nm) (Entered: 05/02/2008) |
| 06/10/2008 | 103 | NOTICE by Sanofi-Aventis, Sanofi-Aventis, U.S. LLC re 100 Order Staying Case *(Notice of JPML Decision)* (Attachments: # 1 Exhibit A) (Saikali, Alfred) (Entered: 06/10/2008) |
| 06/11/2008 | 104 | FINAL TRANSFER ORDER and ORDER CLOSING CASE. Signed by Chief Judge Federico A. Moreno on 06/10/2008. (lc1) (Entered: 06/11/2008) |
| 06/16/2008 | 105 | TRANSFER ORDER (Dated 06/09/2008) from Judicial Panel on Multidistrict Litigation transferring case to the District of Delaware re: MDL # 1941 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Gregory M. Sleet. (Signed by John G. Heyburn, II, Chairman) (de) (Entered: 06/16/2008) |
| 06/17/2008 | 106 | TRANSFER ORDER (Dated 06/09/2008) from Judicial Panel on Multidistrict Litigation transferring case to the District of Delaware re: MDL # 1941 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Gregory M. Sleet. (Signed by John G. Heyburn, II, Chairman) (de) (Entered: 06/17/2008) |
| 06/17/2008 | 107 | Transmittal Letter Sent With Certified Docket Sheet, To: District of Delaware re MDL 1941. The District of Delaware will obtain remaining documents via PACER. (de) (Entered: 06/17/2008) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 06/18/2008 08:42:32 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 0:07-cv-61800-FAM |
| **Billable Pages:** | 13 | **Cost:** | 1.04 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-61800-CIV-MORENO/SIMONTON

SANOFI-AVENTIS and
SANOFI-AVENTIS U.S. LLC.,

      Plaintiffs,

vs.

APOTEX INC. and
APOTEX CORP.,

      Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney, Laurel W. Marc-Charles, hereby appears as local counsel for defendant Apotex, Inc., and Apotex Corp., in the above-styled case. Please add the undersigned to the service list.

Respectfully submitted,

ATTORNEYS FOR DEFENDANTS

Robert B. Breisblatt, Esq.
rbbreisblatt@welshkatz.com
Steven E. Feldman Esq.
sefeldman@welshkatz.com
Sherry L. Rollo, Esq.
srollo@welshkatz.com
Welsh & Katz Ltd.
120 S. Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Telephone: (312) 655-1500
Telefax: (312) 655-1501

RICHARD & RICHARD, P.A.
825 Brickell Bay Drive
Tower III - Suite 1748
Miami, Florida 33131
Telephone: (305) 374-6688
Fax: (305) 374-0384

BY:_____/s/_____
      LAUREL W. MARC-CHARLES
      laurel@richardandrichard.com
      FBN 319491

and

Stephen J. Bronis, Esq.
sbronis@zuckerman.com
Jennifer Coberly, Esq.
jcoberly@zuckerman.com
Zuckerman Spaeder LLP
201 South Biscayne Blvd, Suite 900
Miami, FL 33131
Telephone: (305) 358-5000
Telefax: (305) 579-9749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/
LAUREL W. MARC-CHARLES

H:\Apotex\APO-SAN\Pleadings\notice of appearance_mtd.wpd

2

SERVICE LIST
Case No. 07-61800-CIV-MORENO/SIMONTON


Attorneys for Plaintiffs,
Sanofi-Aventis and Sanofi-Aventis, U.S.
LLC

Alfred John Saikali
e-mail: asaikali@shb.com
Shook Hardy & Bacon
201 South Biscayne Blvd., Suite 2400
Miami, FL 33131
Tel: 305-358-5171
Fax: 305-358-7470
**Via Electronic Filing**

Gerald J, Flattmann, Jr.
gflattmann@kirkland.com
William T. Vuk
wvuk@kirkland.com
Alexis Gorton
agorton@kirkland.com
Kirkland & Ellis
153 E 53rd Street
New York. NY 10022-4611
Tel: 212-446-4800
Fax: 212-446-4900
**Via Electronic Filing**

Attorneys for Apotex Corp and Apotex
Inc.

Robert B. Breisblatt
rbbreisblatt@welshkatz.com
Steven E. Feldman Esq.
sefeldman@welshkatz.com
Sherry L. Rollo, Esq.
srollo@welshkatz.com
WELSH & KATZ, LTD.
120 South Riverside Plaza
Chicago, Illinois 60606
Tel: 312-655-1500
Fax: 312-655-1501
**Via Electronic Filing**

Stephen J. Bronis, Esq.
sbronis@zuckerman.com
Jennifer Coberly, Esq.
jcoberly@zuckerman.com
Zuckerman Spaeder LLP
201 South Biscayne Blvd, Suite 900
Miami, FL 33131
Telephone: (305) 358-5000
Telefax: (305) 579-9749
**Via Electronic Filing**

3

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 07-61800-CIV-MORENO**

SANOFI-AVENTIS   and   SANOFI-AVENTIS
U.S. LLC,

      Plaintiffs,

vs.

APOTEX INC. and APOTEX CORP.,

      Defendants.

_____/

## <u>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS APOTEX INC. AND APOTEX CORPORATION</u>

THIS CAUSE came before the Court upon Steven Bronis, Jennifer Coberly, and Walter Tache's Motion to Withdraw as Counsel for Defendants Apotex Inc. and Apotex Corp. **(D.E. No. 80)**, filed on **March 27, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Parties and Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### Case No. 07-61800-CIV-MORENO/TORRES

SANOFI-AVENTIS and
SANOFI-AVENTIS U.S. LLC,

                Plaintiffs,

        vs.

APOTEX INC. and
APOTEX CORP.,

                Defendants.

                              /

### PLAINTIFFS' UNOPPOSED MOTION FOR FOUR-DAY ENLARGEMENT OF TIME TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES

Pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Florida Local Rule 7.1, Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC (collectively "sanofi-aventis") respectfully move the Court for a four-day enlargement of time to file their opposition to Defendants' Motion to Compel Discovery Responses (Dkt. 78). Sanofi-aventis is currently scheduled to file its opposition on April 11, 2008. The parties have made substantial progress in narrowing the issues in dispute raised by Apotex Inc. and Apotex Corp.'s (collectively "Apotex") motion. The parties are continuing to meet and confer to resolve or narrow the remaining issues so that the Court will only be presented with those issues that remain in dispute. To that end, sanofi-aventis requests a four-day enlargement of time until April 15, 2008 to file its opposition. Apotex consents to the motion.

Dated: April 10, 2008

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

s/ Alfred J. Saikali
Alfred J. Saikali (Fla. Bar No.: 178195)
201 South Biscayne Boulevard - Suite 2400
Miami, Florida 33131-4332
Tel: (305) 358-5171
Fax: (305) 358-7470
asaikali@shb.com

and

John Desmarais (jdesmarais@kirkland.com)
Gerald J. Flattmann, Jr. (gflattmann@kirkland.com)
William T. Vuk (wvuk@kirkland.com)
Alexis Gorton (agorton@kirkland.com)
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022-4611
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

s/ Alfred J. Saikali
Alfred J. Saikali (Fla. Bar No.: 178195)
201 South Biscayne Boulevard - Suite 2400
Miami, Florida 33131-4332
Tel: (305) 358-5171
Fax: (305) 358-7470
asaikali@shb.com

*Attorneys for Plaintiffs*

LAW OFFICES
SHOOK, HARDY & BACON LLP
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 •TELEPHONE (305) 358-5171

## SERVICE LIST

### SANOFI-AVENTIS ET. AL. vs. APOTEX, INC. ET. AL

### Case No.: 07-61800-CIV-Moreno/Torres

**United States District Court**
**Southern District of Florida**
**(Miami Division)**

Laurel W. Marc-Charles, Esq.
RICHARD & RICHARD, P.A.
*Attorneys for Apotex, Inc. and*
*Apotex, Corp.*
825 Brickell Bay Drive
Tower III – Suite 1748
Miami, Florida 33131

*VIA CM/ECF*

Robert B. Breisblatt, Esq.
Steven E. Feldman, Esq.
Sherry L. Rollo, Esq.
WELSH & KATZ, LTD
*Co-Counsel for Defendants*
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606-3912

*VIA CM/ECF*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### Case No. 07-61800-CIV-MORENO/TORRES

_____

SANOFI-AVENTIS and
SANOFI-AVENTIS U.S. LLC,

                    Plaintiffs,

        vs.

APOTEX INC. and
APOTEX CORP.,

                   Defendants.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR FOUR-DAY ENLARGEMENT OF TIME TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion for Four-Day Enlargement of Time to File Their Opposition to Defendants' Motion to Compel Discovery Responses, filed on April 10, 2008, and having considered the Motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiffs' Unopposed Motion for Four-Day Enlargement of Time to File Their Opposition to Defendants' Motion to Compel Discovery Responses is GRANTED.

DONE AND ORDERED in Chambers at _____, _____ County, Florida, this _____ day of April, 2008

                                     _____

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 07-61800-CIV-MORENO**

SANOFI-AVENTIS and SANOFI-AVENTIS
U.S. LLC,

     Plaintiffs,

vs.

APOTEX INC. and APOTEX CORP.,

     Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR FOUR-DAY ENLARGEMENT OF TIME

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Four-Day Extension of Time to File their Opposition to Defendant's Motion to Compel Discovery Responses **(D.E. No. 85)**, filed on **April 10, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Plaintiff shall file a response by no later than **April 15, 2008**.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Parties and Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 07-61800-CIV-MORENO**

SANOFI-AVENTIS   and   SANOFI-AVENTIS
U.S. LLC,

     Plaintiffs,

vs.

APOTEX INC. and APOTEX CORP.,

     Defendants.

_____/

## <u>ORDER STRIKING CASE FROM TRIAL CALENDAR</u>

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and being otherwise fully

advised in the premises, it is

**ADJUDGED** that this case is removed from the Court's trial calendar and the calendar call

set for September 30, 2008 is cancelled.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-61800-CIV-MORENO/TORRES

SANOFI-AVENTIS and
SANOFI-AVENTIS U.S. LLC,

    Plaintiffs,

  vs.

APOTEX INC. and
APOTEX CORP.,

    Defendants.
           /

**PLAINTIFFS' UNOPPOSED MOTION FOR
FOUR-DAY ENLARGEMENT OF TIME TO FILE THEIR OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES**

   Pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Florida Local Rule 7.1, Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC (collectively "sanofi-aventis") respectfully move the Court for a four-day enlargement of time to file their opposition to Defendants' Motion to Compel Discovery Responses (Dkt. 78). Sanofi-aventis is currently scheduled to file its opposition on April 11, 2008. The parties have made substantial progress in narrowing the issues in dispute raised by Apotex Inc. and Apotex Corp.'s (collectively "Apotex") motion. The parties are continuing to meet and confer to resolve or narrow the remaining issues so that the Court will only be presented with those issues that remain in dispute. To that end, sanofi-aventis requests a four-day enlargement of time until April 15, 2008 to file its opposition. Apotex consents to the motion.

Dated: April 10, 2008        Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

s/ Alfred J. Saikali
Alfred J. Saikali (Fla. Bar No.:  178195)
201 South Biscayne Boulevard - Suite 2400
Miami, Florida 33131-4332
Tel:  (305) 358-5171
Fax:  (305) 358-7470
asaikali@shb.com

and

John Desmarais (jdesmarais@kirkland.com)
Gerald J. Flattmann, Jr. (gflattmann@kirkland.com)
William T. Vuk  (wvuk@kirkland.com)
Alexis Gorton  (agorton@kirkland.com)
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY  10022-4611
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

s/ Alfred J. Saikali
Alfred J. Saikali (Fla. Bar No.: 178195)
201 South Biscayne Boulevard - Suite 2400
Miami, Florida 33131-4332
Tel: (305) 358-5171
Fax: (305) 358-7470
asaikali@shb.com

*Attorneys for Plaintiffs*

## <u>SERVICE LIST</u>

### SANOFI-AVENTIS ET. AL. vs. APOTEX, INC. ET. AL

### Case No.: 07-61800-CIV-Moreno/Torres

**United States District Court**
**Southern District of Florida**
**(Miami Division)**

Laurel W. Marc-Charles, Esq.
RICHARD & RICHARD, P.A.
*Attorneys for Apotex, Inc. and*
*Apotex, Corp.*
825 Brickell Bay Drive
Tower III – Suite 1748
Miami, Florida 33131

*VIA CM/ECF*

Robert B. Breisblatt, Esq.
Steven E. Feldman, Esq.
Sherry L. Rollo, Esq.
WELSH & KATZ, LTD
*Co-Counsel for Defendants*
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606-3912

*VIA CM/ECF*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

## Case No. 07-61800-CIV-MORENO/TORRES

_____

SANOFI-AVENTIS and
SANOFI-AVENTIS U.S. LLC,

                Plaintiffs,

      vs.

APOTEX INC. and
APOTEX CORP.,

                Defendants.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR FOUR-DAY ENLARGEMENT OF TIME TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion for Four-Day Enlargement of Time to File Their Opposition to Defendants' Motion to Compel Discovery Responses, filed on April 10, 2008, and having considered the Motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiffs' Unopposed Motion for Four-Day Enlargement of Time to File Their Opposition to Defendants' Motion to Compel Discovery Responses is GRANTED.

DONE AND ORDERED in Chambers at _____, _____ County, Florida, this _____ day of April, 2008

_____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### Case No. 07-61800-CIV-MORENO/TORRES

SANOFI-AVENTIS and
SANOFI-AVENTIS U.S. LLC,

               Plaintiffs,

     vs.

APOTEX INC. and
APOTEX CORP.,

           Defendants.
                    /

## PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE MEDIATION DEADLINE

Pursuant to S.D. Fla. Local Rule 7.1, Plaintiffs, sanofi-aventis and sanofi-aventis U.S. LLC, hereby file this Unopposed Motion to Continue Mediation Deadline. As grounds, Plaintiffs state that the current deadline for mediation is April 28, 2008, pursuant to the Scheduling Order entered on January 3, 2008. D.I. 4. The parties are currently engaged in discussions about selecting a mediator and trying to coordinate their schedules to establish a mutually convenient time for the mediation. Consequently, Plaintiffs request that the Court continue the deadline for mediation to June 27, 2008. Plaintiffs' counsel has conferred with counsel for Defendants regarding the relief sought in this motion and they do not object.

WHEREFORE, Plaintiffs request that the Court amend its Scheduling Order to continue the deadline for mediation to June 27, 2008.

Dated: April 22, 2008           Respectfully submitted,

                        **SHOOK, HARDY & BACON L.L.P.**

                        s/ Alfred J. Saikali_____

Alfred J. Saikali (Fla. Bar No.:  178195)
201 South Biscayne Boulevard - Suite 2400
Miami, Florida 33131-4332
Tel:  (305) 358-5171
Fax:  (305) 358-7470
asaikali@shb.com

and

John Desmarais (jdesmarais@kirkland.com)
Gerald J. Flattmann, Jr. (gflattmann@kirkland.com)
William T. Vuk  (wvuk@kirkland.com)
Alexis Gorton  (agorton@kirkland.com)
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY  10022-4611
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

s/ Alfred J. Saikali_____
Alfred J. Saikali (Fla. Bar No.: 178195)
201 South Biscayne Boulevard - Suite 2400
Miami, Florida 33131-4332
Tel: (305) 358-5171
Fax: (305) 358-7470
asaikali@shb.com

*Attorneys for Plaintiffs*

## SERVICE LIST

### SANOFI-AVENTIS ET. AL. vs. APOTEX, INC. ET. AL

**Case No.: 07-61800-CIV-Moreno/Torres**

**United States District Court**
**Southern District of Florida**
**(Miami Division)**

Laurel W. Marc-Charles, Esq.
RICHARD & RICHARD, P.A.
*Attorneys for Apotex, Inc. and*
*Apotex, Corp.*
825 Brickell Bay Drive
Tower III – Suite 1748
Miami, Florida 33131

*VIA CM/ECF*

Robert B. Breisblatt, Esq.
Steven E. Feldman, Esq.
Sherry L. Rollo, Esq.
WELSH & KATZ, LTD
*Co-Counsel for Defendants*
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606-3912

*VIA CM/ECF*

LAW OFFICES
SHOOK, HARDY & BACON LLP
571581v2 MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 •TELEPHONE (305) 358-5171

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No. 07-61800-CIV-MORENO/TORRES

SANOFI-AVENTIS and
SANOFI-AVENTIS U.S. LLC,

               Plaintiffs,

       vs.

APOTEX INC. and
APOTEX CORP.,

               Defendants.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE MEDIATION DEADLINE

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion to Continue Mediation Deadline, filed on April 22, 2008, and having considered the Motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiffs' Unopposed Motion to Continue Mediation Deadline to June 27, 2008 is GRANTED.

DONE AND ORDERED in Chambers at _____, _____ County, Florida, this _____ day of April, 2008.

_____
Honorable Federico A. Moreno
United States District Court Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### Case No. 07-61800-CIV-MORENO/TORRES

SANOFI-AVENTIS and
SANOFI-AVENTIS U.S. LLC,

            Plaintiffs,

      vs.

APOTEX INC. and
APOTEX CORP.,

         Defendants.

                        /

## PLAINTIFFS' NOTICE OF STRIKING DOCUMENT FROM COURT DOCKET

Plaintiffs, sanofi-aventis and sanofi-aventis U.S. LLC, hereby file this Notice of Striking Plaintiffs' Unopposed Motion for Four-Day Enlargement of Time to File Their Opposition to Defendants' Motion to Compel Discovery Responses (D.E. #91 and #91-2) from this Court's docket. That motion was previously filed and ruled upon. It was filed again in error.

Dated: April 23, 2008           Respectfully submitted,

           **SHOOK, HARDY & BACON L.L.P.**

           s/ Alfred J. Saikali_____
           Alfred J. Saikali (Fla. Bar No.: 178195)
           201 South Biscayne Boulevard - Suite 2400
           Miami, Florida 33131-4332
           Tel: (305) 358-5171
           Fax: (305) 358-7470
           asaikali@shb.com
           and

John Desmarais (jdesmarais@kirkland.com)
Gerald J. Flattmann, Jr. (gflattmann@kirkland.com)
William T. Vuk  (wvuk@kirkland.com)
Alexis Gorton  (agorton@kirkland.com)
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY  10022-4611
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

s/ Alfred J. Saikali_____
Alfred J. Saikali (Fla. Bar No.:  178195)
201 South Biscayne Boulevard - Suite 2400
Miami, Florida 33131-4332
Tel:  (305) 358-5171
Fax:  (305) 358-7470
asaikali@shb.com

*Attorneys for Plaintiffs*

## SERVICE LIST

### SANOFI-AVENTIS ET. AL. vs. APOTEX, INC. ET. AL

**Case No.: 07-61800-CIV-Moreno/Torres**

**United States District Court**
**Southern District of Florida**
**(Miami Division)**

Laurel W. Marc-Charles, Esq.
RICHARD & RICHARD, P.A.
*Attorneys for Apotex, Inc. and*
*Apotex, Corp.*
825 Brickell Bay Drive
Tower III – Suite 1748
Miami, Florida 33131

*VIA CM/ECF*

Robert B. Breisblatt, Esq.
Steven E. Feldman, Esq.
Sherry L. Rollo, Esq.
WELSH & KATZ, LTD
*Co-Counsel for Defendants*
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606-3912

*VIA CM/ECF*

LAW OFFICES
SHOOK, HARDY & BACON L.L.P.
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 •TELEPHONE (305) 358-5171
572222v1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 07-61800-CIV-MORENO**

SANOFI-AVENTIS and SANOFI-AVENTIS
U.S. LLC,

      Plaintiffs,

vs.

APOTEX INC. and APOTEX CORP.,

      Defendants.

_____/

## <u>ORDER DENYING PLAINTIFFS' MOTION TO FILE UNDER SEAL</u>

THIS CAUSE came before the Court upon Plaintiffs' Motion to File under Seal Plaintiffs'

Opposition to Defendants' Motion to Compel Discovery Responses and Accompanying Exhibits,

filed on **<u>April 15, 2008</u>**.

THE COURT has considered the motion and the pertinent portions of the record, and being

otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Parties and Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case No. 07-61800-CIV-MORENO/TORRES**

SANOFI-AVENTIS and
SANOFI-AVENTIS U.S. LLC,

          Plaintiffs,

       vs.

APOTEX INC. and
APOTEX CORP.,

         Defendants.

                           /

## PLAINTIFFS' MOTION FOR CLARIFICATION OF ORDER DENYING PLAINTIFFS' MOTION TO FILE UNDER SEAL

Plaintiffs, sanofi-aventis and sanofi-aventis U.S. LLC, hereby file this Motion for Clarification of Order Denying Plaintiffs' Motion to File Under Seal. As grounds, Plaintiffs state as follows:

1. On April 15, 2008, Plaintiffs filed a Motion to File Under Seal Plaintiffs' Opposition to Defendants' Motion to Compel Discovery Responses and Accompanying Exhibits. D.I. 89/90

2. Plaintiffs moved to file their opposition brief and exhibits under seal because the arguments advanced in opposition to Defendants' Motion to Compel Discovery Responses required that Plaintiffs attach and discuss a document containing highly sensitive confidential information that Plaintiffs produced in this litigation designated as "Outside-Counsel-Only - Confidential Information" pursuant to Section 2.2(a)(i) of the Protective Order entered by Magistrate Judge Simonton. D.I. 76 at 4. The document and information at issue contain

information that is not only highly sensitive with respect to Plaintiffs, but also to third party Jagotec AG ("Jagotec").

3.      Plaintiffs sought to maintain and protect the highly sensitive confidential information contained within that document and discussed within their opposition brief, as required by Section 4(f) of the Protective Order (D.I 76 at 12-13) by requesting that the Court file those papers under seal pursuant to Local Rule 5.4.

4.      On April 22, 2008, the Court denied Plaintiffs' motion to file under seal.  D.I. 94.

5.      The Court's Order does not set a new deadline for Plaintiffs to file their opposition papers nor does it state why Plaintiffs' motion was denied.

6.      Plaintiffs respectfully move for clarification of the Court's Order (D.I. 94) and request that the Court clarify its Order (D.I. 94) to allow Plaintiffs five (5) days from the date of the Court's clarification in which to respond to Defendants' Motion to Compel Discovery Responses (D.I. 78) in order to provide Plaintiffs with an opportunity to revise and restructure their opposition papers in an attempt to eliminate the need to rely on or disclose any highly sensitive confidential information.  Furthermore, Plaintiffs require this time in order to discuss and resolve issues related to any possible disclosure of highly sensitive confidential information with third party Jagotec.

7.      Additionally, Plaintiffs respectfully request that the Court further clarify its Order (D.I. 94) to provide guidance as to why Plaintiffs' motion to file under seal was denied.  Plaintiffs make this request so that in the future both Plaintiffs and Defendants understand the Court's requirements and procedures for filing under seal which will thereby permit the parties to utilize materials that are properly designated as either "Outside-Counsel-Only - Confidential Information" or "Confidential Information" pursuant to Sections 2.2-2.3 of the Protective Order,

while adhering to Section 4(f) of that Protective Order which requires that all such material or documents referring to such material be filed under seal.

8.      Counsel for Plaintiffs has conferred with counsel for Defendants in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

WHEREFORE, Plaintiffs request that the Court clarify its Order (D.I. 94) to allow Plaintiffs five (5) days from the date of the Court's clarification in which to respond to Defendants' Motion to Compel Discovery Responses and to provide guidance as to how the parties should proceed in the future when filing confidential material under seal with the Court.

Dated: April 24, 2008                    Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

s/ Alfred J. Saikali
Alfred J. Saikali (Fla. Bar No.: 178195)
201 South Biscayne Boulevard - Suite 2400
Miami, Florida 33131-4332
Tel:  (305) 358-5171
Fax:  (305) 358-7470
asaikali@shb.com
and

John Desmarais (jdesmarais@kirkland.com)
Gerald J. Flattmann, Jr. (gflattmann@kirkland.com)
William T. Vuk  (wvuk@kirkland.com)
Alexis Gorton  (agorton@kirkland.com)
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY  10022-4611
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

s/ Alfred J. Saikali
Alfred J. Saikali (Fla. Bar No.: 178195)
201 South Biscayne Boulevard - Suite 2400
Miami, Florida 33131-4332
Tel: (305) 358-5171
Fax: (305) 358-7470
asaikali@shb.com

*Attorneys for Plaintiffs*

LAW OFFICES
SHOOK, HARDY & BACON LLP
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 •TELEPHONE (305) 358-5171

## <u>SERVICE LIST</u>

### SANOFI-AVENTIS ET. AL. vs. APOTEX, INC. ET. AL

### Case No.: 07-61800-CIV-Moreno/Torres

### United States District Court
### Southern District of Florida
### (Miami Division)

Laurel W. Marc-Charles, Esq.
RICHARD & RICHARD, P.A.
*Attorneys for Apotex, Inc. and*
*Apotex, Corp.*
825 Brickell Bay Drive
Tower III – Suite 1748
Miami, Florida 33131

*VIA CM/ECF*

Robert B. Breisblatt, Esq.
Steven E. Feldman, Esq.
Sherry L. Rollo, Esq.
WELSH & KATZ, LTD
*Co-Counsel for Defendants*
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606-3912

*VIA CM/ECF*

LAW OFFICES
SHOOK, HARDY & BACON LLP
572358v2    MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 ●TELEPHONE (305) 358-5171





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61800-CIV-MORENO

SANOFI-AVENTIS and SANOFI-
AVENTIS U.S. LLC,

     Plaintiffs,

vs.

APOTEX INC. and APOTEX
CORP.,

     Defendants.

_____/

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of James P. White, Esq., of the law firm of Welsh & Katz., Ltd., 120 S. Riverside Plaza, 22nd Floor, Chicago, IL 60606, for purposes of limited appearance as co-counsel on behalf of Apotex Inc., and Apotex Corp., in the above-styled case only, and pursuant to Rule 2B, of the United States District for the Southern District of Florida, CM/ECF Administrative Procedures, to permit James P. White to receive electronic filings in this case.

1.     James P. White  is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the State of Illinois and the United States District Court for the Northern District of Illinois.

2.     James P. White certifies that he has studied the Local Rules of this Court and is a member in good standing of the Illinois Bar, and his certification is attached hereto, together with a Certificate of Good Standing from the Bar of Illinois.

3.     Movant Laurel W. Marc-Charles, Esq. of the firm of Richard and Richard, P.A.  is a member in good standing of The Florida Bar and the Bar of this Court, maintains an office in this District for the practice of law, at 825 Brickell Bay Drive, Suite 1748, Miami, FL 33131, and is authorized to file through the Court's electronic filing system.   Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically in compliance with the CM/ECF Administrative Procedures. See Section2B of the CM/ECF Administrative Procedures.

4.     In accordance with the local rules of this Court, James P. White has made payment of this Court's $75 admission fee.

5.     James P. White, through designated counsel and pursuant to Section 2B, United States District Court for the Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to James P. White, at email address: jpwhite@welshkatz.com.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

DATED:  4\23\08

Laurel W. Marc-Charles

Respectfully submitted,

ATTORNEYS FOR DEFENDANTS

Robert B. Breisblatt, Esq.
rbbreisblatt@welshkatz.com
Steven E. Feldman Esq.
sefeldman@welshkatz.com
Sherry L. Rollo, Esq.
srollo@welshkatz.com
Welsh & Katz Ltd.
120 S. Riverside Plaza
22nd Floor
Chicago, Illinois  60606
Telephone: (312) 655-1500
Telefax: (312) 655-1501

RICHARD & RICHARD, P.A.
825 Brickell Bay Drive
Tower III - Suite 1748
Miami, Florida  33131
Telephone: (305) 374-6688
Fax: (305) 374-0384

BY: LAUREL W. MARC-CHARLES
LAUREL W. MARC-CHARLES
laurel@richardandrichard.com
FBN 319491

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __23__ day of April, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

LAUREL W. MARC-CHARLES

## **CERTIFICATION**

James P. White., pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bar of the State of Illinois and the United States District Court for the Northern District of Illinois, and further that no disciplinary proceedings or charges have been instituted against me.

Dated this __17__ day of __April__, 2008.

James P. White

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

James Patrick White

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 1, 1974 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, April 17, 2008.

*Juleann Hornyak*

Clerk

SERVICE LIST
Case No. 07-61800-CIV-MORENO/SIMONTON

Attorneys for Plaintiffs,
Sanofi-Aventis and Sanofi-Aventis,
U.S. LLC

Alfred John Saikali
e-mail: asaikali@shb.com
Shook Hardy & Bacon
201 South Biscayne Blvd., Suite 2400
Miami, FL 33131
Tel: 305-358-5171
Fax: 305-358-7470
**Via Electronic Filing**

Gerald J, Flattmann, Jr.
gflattmann@kirkland.com
William T. Vuk
wvuk@kirkland.com
Alexis Gorton
agorton@kirkland.com
Kirkland & Ellis
153 E 53rd Street
New York. NY 10022-4611
Tel: 212-446-4800
Fax: 212-446-4900
**Via Electronic Filing**

Attorneys for Apotex Corp and
Apotex Inc.

Robert B. Breisblatt
rbbreisblatt@welshkatz.com
Steven E. Feldman Esq.
sefeldman@welshkatz.com
Sherry L. Rollo, Esq.
srollo@welshkatz.com
WELSH & KATZ, LTD.
120 South Riverside Plaza
Chicago, Illinois 60606
Tel: 312-655-1500
Fax: 312-655-1501
**Via Electronic Filing**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61800-CIV-MORENO

SANOFI-AVENTIS and SANOFI-
AVENTIS U.S. LLC,

      Plaintiffs,

vs.

APOTEX INC. and APOTEX
CORP.,

      Defendants.

_____/

**ORDER GRANTING MOTION FOR LIMITED
APPEARANCE OF JAMES P. WHITE,
CO0NSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Limited
Appearance, Consent to Designation and Request to Electronically Receive Notices
of Electronic Filings, requesting, pursuant to the Special Rules Governing the
Admission and Practice of Attorneys in the United States District Court for the
Southern District of Florida, permission for a limited appearance of James P. White,
Esq. in this matter and request to electronically receive notice of electronic filings.
This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED THAT

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. James P. White, Esq. is granted leave to appear and participate in this action on behalf of Defendants, Apotex, Inc. and Apotex,Corp. The Clerk shall provide electronic notification of all electronic filings to James P. White at jpwhite@welshkatz.com.

DONE AND ORDERED in Chambers at Miami, Florida this __ day of April, 2008.

_____

Honorable Fedrico Moreno,
United States District Judge

Copies to:

All Counsel of Record



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61800-CIV-MORENO

SANOFI-AVENTIS and SANOFI-
AVENTIS U.S. LLC,

      Plaintiffs,

vs.

APOTEX INC. and APOTEX
CORP.,

      Defendants.

_____/

### MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Phillip D. Segrest, Jr. Esq., of the law firm of Welsh & Katz., Ltd., 120 S. Riverside Plaza, 22nd Floor, Chicago, IL 60606, for purposes of limited appearance as co-counsel on behalf of Apotex Inc., and Apotex Corp., in the above-styled case only, and pursuant to Rule 2B, of the United States District for the Southern District of

Florida, CM/ECF Administrative Procedures, to permit Phillip Segrest to receive electronic filings in this case.

Phillip D. Segrest, Jr. is not admitted to practice in the Southern District of Florida and is a member in good standing of The Illinois Bar. Phillip D. Segrest, Jr. certifies that he has studied the Local Rules of this Court and is a member in good standing of the Illinois Bar, and his certification is attached hereto, together with a Certificate of Good Standing from the Bar of Illinois.

Movant Laurel W. Marc-Charles, Esq. of the firm of Richard and Richard, P.A. is a member in good standing of The Florida Bar and the Bar of this Court, maintains an office in this District for the practice of law, at 825 Brickell Bay drive, Suite 1748, Miami, FL 33131, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Boar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

In accordance with the local rules of this Court, Phillip D. Segrest, Jr. has made payment of this Court's $75 admission fee.

Phillip D. Segrest, Jr., through designated counsel and pursuant to Section 2BH, United States District Court for the Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Phillip D. Segrest, Jr., at email address: pdsegrest@welshkatz.com.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

DATED: _____4/23/08_____

_[signature]_

Laurel W. Marc-Charles

Respectfully submitted,

## ATTORNEYS FOR DEFENDANTS

Robert B. Breisblatt, Esq.
rbbreisblatt@welshkatz.com
Steven E. Feldman Esq.
sefeldman@welshkatz.com
Sherry L. Rollo, Esq.
srollo@welshkatz.com
Welsh & Katz Ltd.
120 S. Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Telephone: (312) 655-1500
Telefax: (312) 655-1501

RICHARD & RICHARD, P.A.
825 Brickell Bay Drive
Tower III - Suite 1748
Miami, Florida 33131
Telephone: (305) 374-6688
Fax: (305) 374-0384

BY: _[signature]_
LAUREL W MARC-CHARLES
laurel@richardandrichard.com
FBN 319491

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23 day of April, 2008, I filed by conventional means the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

LAUREL W. MARC-CHARLES

## **CERTIFICATION**

Philip D. Segrest, Jr., Esq. , pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bar of the State of Illinois and the United States District Court for the Northern District of Illinois, and further that no disciplinary proceedings or charges have been instituted against me.

Dated this 21 day of *April* , 2008.

Philip D. Segrest, Jr.

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

### Philip Dale Segrest, Jr.

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 9, 1996 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, April 17, 2008.

*Juleann Hornyak*

Clerk

SERVICE LIST
Case No. 07-61800-CIV-MORENO/SIMONTON

Attorneys for Plaintiffs,
Sanofi-Aventis and Sanofi-Aventis,
U.S. LLC

Alfred John Saikali
e-mail: asaikali@shb.com
Shook Hardy & Bacon
201 South Biscayne Blvd., Suite 2400
Miami, FL 33131
Tel: 305-358-5171
Fax: 305-358-7470
**Via Electronic Filing**

Gerald J, Flattmann, Jr.
gflattmann@kirkland.com
William T. Vuk
wvuk@kirkland.com
Alexis Gorton
agorton@kirkland.com
Kirkland & Ellis
153 E 53rd Street
New York. NY 10022-4611
Tel: 212-446-4800
Fax: 212-446-4900
**Via Electronic Filing**

Attorneys for Apotex Corp and Apotex
Inc.

Robert B. Breisblatt
rbbreisblatt@welshkatz.com
Steven E. Feldman Esq.
sefeldman@welshkatz.com
Sherry L. Rollo, Esq.
srollo@welshkatz.com
WELSH & KATZ, LTD.
120 South Riverside Plaza
Chicago, Illinois 60606
Tel: 312-655-1500
Fax: 312-655-1501
**Via Electronic Filing**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61800-CIV-MORENO

SANOFI-AVENTIS and SANOFI-
AVENTIS U.S. LLC,

     Plaintiffs,

vs.

APOTEX INC. and APOTEX
CORP.,

     Defendants.

_____/

## ORDER GRANTING MOTION FOR LIMITED
## APPEARANCE OF PHILLIP D. SEGREST, JR.
## CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited

Appearance, Consent to Designation and Request to Electronically Receive Notices

of Electronic Filings, requesting, pursuant to the Special Rules Governing the

Admission and Practice of Attorneys in the United States District Court for the

Southern District of Florida, permission for a limited appearance of Phillip D.

Segrest, Jr., Esq. in this matter and request to electronically receive notice of

electronic filings. This Court having considered the motion and all other relevant

factors, it is hereby

ORDERED and ADJUDGED THAT

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Phillip D. Segrest. Jr. is granted leave to appear and participate in this action on behalf of Defendants, Apotex, Inc. and Apotex,Corp. The Clerk shall provide electronic notification of all electronic filings to Phillip D. Segrest, Jr., at pdsegrest@welshkatz.com.

DONE AND ORDERED in Chambers at Miami, Florida this __ day of April, 2008.

_____
Honorable Fredrico Moreno,
United States District Judge

Copies to:

All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61800-CIVMORENO

SANOFI-AVENTIS and SANOFI-
AVENTIS U.S. LLC,

      Plaintiffs,

vs.

APOTEX INC. and APOTEX
CORP.,

      Defendants.

_____/

## MOTION TO WITHDRAW AND TO
## SUBSTITUTE NEW LEAD COUNSEL

      Movant, Robert B. Breisblatt, hereby moves to withdraw from the case and

as lead counsel for Defendants Apotex Inc. and Apotex Corp. ("Apotex and in

support thereof, states as follows:

1.         Movant has left the firm of Welsh & Katz, Ltd. and will no longer be

lead counsel on behalf of Apotex. It is anticipated that James P. White of Welsh &

Katz., Ltd. shall be acting as lead counsel in his stead. The other Welsh & Katz

attorneys previously appearing in this case will continue to represent Apotex in this

matter. Richard and Richard has appeared as local counsel.

2.      Motions for Limited Appearance of James P. White and to substitute James P. White as lead trial counsel has been or shortly will be filed with this Court.

WHEREFORE, Movant requests that he be permitted to withdraw from the case and as lead counsel.

Respectfully submitted,

ATTORNEYS FOR DEFENDANTS

Robert B. Breisblatt, Esq.
robert.breisblatt@kattenlaw.com
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

Steven E. Feldman Esq.
sefeldman@welshkatz.com
Sherry L. Rollo, Esq.
srollo@welshkatz.com

Welsh & Katz Ltd.
120 S. Riverside Plaza
22nd Floor
Chicago, Illinois  60606
Telephone: (312) 655-1500
Telefax: (312) 655-1501\

BY: /s/
ROBERT B. BRESIBLATT
robert.breisblatt@kattenlaw.com
FBN

RICHARD AND RICHARD, P.A.
825 Brickell Bay Drive
Tower III - Suite 1748
Miami, Florida  33131
Telephone: (305) 374-6688
Fax: (305) 374-0384

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Robert B. Breisblatt
Robert B. Breisblatt

### SERVICE LIST
#### Case No. 07-61800-CIV-MORENO/SIMONTON

Attorneys for Plaintiffs,
Sanofi-Aventis and Sanofi-Aventis,
U.S. LLC

Alfred John Saikali
e-mail: asaikali@shb.com
Shook Hardy & Bacon
201 South Biscayne Blvd., Suite 2400
Miami, FL 33131
Tel: 305-358-5171
Fax: 305-358-7470
**Via Electronic Filing**

Gerald J, Flattmann, Jr.
gflattmann@kirkland.com
William T. Vuk
wvuk@kirkland.com
Alexis Gorton
agorton@kirkland.com
Kirkland & Ellis
153 E 53rd Street
New York. NY 10022-4611
Tel: 212-446-4800
Fax: 212-446-4900
**Via Electronic Filing**

Attorneys for Apotex Corp and
Apotex Inc.

Robert B. Breisblatt
robert.breisblatt@kattenlaw.com
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

Steven E. Feldman Esq.
sefeldman@welshkatz.com
Sherry L. Rollo, Esq.
srollo@welshkatz.com
WELSH & KATZ, LTD.
120 South Riverside Plaza
Chicago, Illinois 60606
Tel: 312-655-1500
Fax: 312-655-1501
**Via Electronic Filing**

Apotex, Inc. and
Apotex Corp.



CLOSED CIVIL CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 07-61800-CIV-MORENO**

SANOFI-AVENTIS   and   SANOFI-AVENTIS
U.S. LLC,

      Plaintiffs,

vs.

APOTEX INC. and APOTEX CORP.,

      Defendants.

_____/

**<u>ORDER RECONSIDERING ORDER DENYING EMERGENCY MOTION TO STAY
CLOSING CASE FOR STATISTICAL PURPOSES AND
PLACING MATTER IN A CIVIL SUSPENSE FILE</u>**

THIS CAUSE came before the Court upon a *sua sponte* review of the Court's Order Denying

the Emergency Motion to Stay pending JPML Decision **(D.E. No. 48)**, filed on **<u>February 19, 2008</u>**.

On April 24, 2008, the Judicial Panel on Multidistrict Litigation set this case for hearing on

its May  29, 2008 hearing calendar.  Accordingly, it is

**ADJUDGED** that:

(1)     The Court stays this case pending the outcome of that hearing.

(2)     The Clerk of this Court shall mark this cause as closed for statistical purposes and

place the matter in a civil suspense file.

(3)     The Court shall retain jurisdiction and the case shall be restored to the active docket

upon motion of a party if circumstances change so that this action may proceed to final disposition.

(4)     This order shall not prejudice the rights of the parties to this litigation.

(5)     Plaintiff SHALL notify the Court by **<u>June 15, 2008</u>** and every month thereafter of the

current status of the proceedings and in the event this action is transferred by the JPML.

       (6)     All pending motions are DENIED as moot.


     DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of April, 2008.


                                 _____
                                 FEDERICO A. MORENO
                                 UNITED STATES DISTRICT JUDGE

Copies provided to:

Parties and Counsel of Record

-2-

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 07-61800-CIV-MORENO

SANOFI-AVENTIS  and  SANOFI-AVENTIS  U.S.
LLC,

      Plaintiffs,

vs.

APOTEX INC. and APOTEX CORP.,

      Defendants.

_____/

### ORDER GRANTING MOTIONS FOR LIMITED APPEARANCE

THIS CAUSE came before the Court upon the Defendants' Motions for Limited Appearance **(D.E. Nos. 96 & 97)**, filed on **April 24, 2008**.

THE COURT has considered the motions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motions are GRANTED.  Attorneys James P. White and Phillip D. Segrest, Jr. are admitted *pro hac vice* to practice before this Court on the above styled case.  The Clerk of the Court shall provide electronic notice of all filings on this docket to James P. White and Phillip D. Segrest, Jr. at the following email addresses: jpwhite@welshkatz.com and pdsegrest@welshkatz.com.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Parties and Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 07-61800-CIV-MORENO**

SANOFI-AVENTIS   and   SANOFI-AVENTIS
U.S. LLC,

      Plaintiffs,

vs.

APOTEX INC. and APOTEX CORP.,

      Defendants.

_____/

## <u>ORDER GRANTING MOTION TO WITHDRAW AND TO SUBSTITUTE NEW LEAD COUNSEL</u>

THIS CAUSE came before the Court upon Robert B. Breisblatt's Motion to Withdraw and to Substitute New Lead Counsel **(D.E. No. 99)**, filed on **<u>April 28, 2008</u>**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  James P. White, Esq. is substituted as lead counsel for Defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Parties and Counsel of Record

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No. 07-61800-CIV-MORENO/TORRES

SANOFI-AVENTIS and
SANOFI-AVENTIS U.S. LLC,

        Plaintiffs,

    vs.

APOTEX INC. and
APOTEX CORP.,

        Defendants.

                  /

### <u>NOTICE OF JPML DECISION</u>

Pursuant to the Court's April 29, 2008 Order Reconsidering Order Denying Emergency Motion To Stay Closing Case For Statistical Purposes And Placing Matter In A Civil Suspense File, Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC ("sanofi-aventis") hereby notify the Court of the current status of the Judicial Panel on Multidistrict Litigation ("the Panel") proceedings with respect to this action, and state as follows:

On June 9, 2008, the Panel ordered that, pursuant to 28 U.S.C. § 1407, *sanofi-aventis, et al. v. Apotex, Inc., et al.*, C.A. No. 0:07-61800 (S.D. Fla.) be transferred to the District of Delaware and, with the consent of that court, assigned to the Honorable Judge Gregory M. Sleet for coordinated or consolidated pretrial proceedings with *sanofi-aventis, et al. v. Actavis South Atlantic, LLC, et al.*, C.A. No. 1:07-572 (D. Del.), *sanofi-aventis, et al. v. Barr Laboratories, Inc.*, C.A. No. 1:07-574 (D. Del.), *sanofi-aventis, et al. v. Apotex, Inc., et al.*, C.A. No. 1:07-792 (D. Del.). *See* Ex. A, 6/9/2008 Transfer Order in MDL No. 1941.

Dated: June 10, 2008                 Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

s/ Alfred J. Saikali_____
Alfred J. Saikali
Fla. Bar No.: 178195
201 South Biscayne Boulevard - Suite 2400
Miami, Florida 33131-4332
Telephone: 305.358.5171
Facsimile: 305.358.7470
asaikali@shb.com

and

Gerald J. Flattmann, Jr. (gflattmann@kirkland.com)
William T. Vuk (wvuk@kirkland.com)
Alexis Gorton (agorton@kirkland.com)
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022-4611
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2008, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document

is being served this day on all counsel of record identified on the attached Service List in the

manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF

or in some other authorized manner for those counsel or parties who are not authorized to receive

electronically Notices of Electronic Filing.

Respectfully submitted,

s/ Alfred J. Saikali_____
Alfred J. Saikali (Florida Bar No.: 178195)
E-mail: asaikali@shb.com
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Boulevard - Suite 2400
Miami, Florida 33131-4332
Telephone:  305.358.5171
Facsimile:   305.358.7470

*Attorneys for Plaintiffs*

## <u>SERVICE LIST</u>

**SANOFI-AVENTIS ET. AL. vs. APOTEX, INC. ET. AL**

**Case No.: 07-61800-CIV-Moreno/Simonton**

**United States District Court**
**Southern District of Florida**
**(Miami Division)**

Laurel White Marc-Charles
RICHARD & RICHARD, P.A.
*Attorneys for Apotex Corp. and*
*Apotex, Inc.*
825 Brickell Bay Drive, Suite 1748 Tower III
Miami, FL 33131-2961

*VIA CM/ECF*

Steven E. Feldman
Sherry L. Rollo
WELSH & KATZ, LTD.
*Co-Counsel for Defendants*
120 South Riverside Plaza
Chicago, IL 60606-3912

*VIA CM/ECF*

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Jun 09, 2008**

FILED
CLERK'S OFFICE

IN RE: ALFUZOSIN HYDROCHLORIDE
PATENT LITIGATION

MDL No. 1941

## TRANSFER ORDER

**Before the entire Panel**[*]:  Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC (collectively sanofi) have moved, pursuant to 28 U.S.C. § 1407, to centralize this litigation in the District of Delaware.  This litigation currently consists of four actions, three actions in the District of Delaware and one action in the Southern District of Florida, as listed on Schedule  A.[1]

Actavis South Atlantic LLC and Par Pharmaceutical, Inc., which are defendants in one of the Delaware actions, support the motion.  Barr Laboratories, Inc. (Barr), which is a defendant in another of the Delaware actions, does not object to centralization, but expresses concern that it might exacerbate an alleged existing conflict of interest for Kirkland & Ellis, which is one of the firms representing sanofi in three of the four actions.  Barr states that it is reserving the right to move to disqualify that firm from participation in any centralized proceedings.  Apotex Inc. and Apotex Corp. (collectively Apotex), which are defendants in one of the Delaware actions and the Southern District of Florida action, oppose centralization.  If the Panel orders centralization over Apotex's objections, it asks the Panel to select the Southern District of Florida as transferee district.

On the basis of the papers filed and hearing session held, we find that these four actions involve common questions of fact, and that centralization under Section 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  All four actions involve common factual allegations with respect to U.S. Patent Nos. 4,661,491 (the '491 patent) and 6,149,940 (the '940 patent), which are both listed in the Food and Drug Administration's register of pharmaceutical patents for sanofi's Uroxatral drug.  Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings (particularly on claim construction issues), and conserve the resources of the parties, their counsel and the judiciary.

In opposition to centralization, Apotex expresses a concern that it will engender delays in a litigation in which time is of the essence.  We are sympathetic to this concern but view it as misplaced.

---

[*]     Judge Vratil took no part in the disposition of this matter.

[1]     The Panel has been notified of one additional related action, which is pending in the District of Delaware.  That action and any other related actions will be treated as potential tag-along actions.  *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 2 -

Centralization under Section 1407 will have the salutary effect of assigning the present actions to a single judge who can formulate a pretrial program that ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties and the courts. *See In re Brimonidine Patent Litigation*, 507 F.Supp.2d 1381, 1382 (J.P.M.L. 2007). Indeed, actions involving the validity of complex pharmaceutical patents and the entry of generic versions of the patentholder's drugs are particularly well-suited for transfer under Section 1407. *See, e.g., In re Metoprolol Succinate Patent Litigation,* 329 F.Supp.2d 1368 (J.P.M.L. 2004) (ordering transfer under Section 1407 of two actions in which the patentholder alleged infringement of two complex pharmaceutical patents).

    We are persuaded that the District of Delaware is an appropriate transferee district for pretrial proceedings in this litigation. Three of the four actions (including the first-filed action) were brought in that district, and all parties are already litigating there.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the action listed on Schedule A and pending outside the District of Delaware is transferred to the District of Delaware and, with the consent of that court, assigned to the Honorable Gregory M. Sleet for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| D. Lowell Jensen | J. Frederick Motz |
| Robert L. Miller, Jr. | Kathryn H. Vratil[*] |
| David R. Hansen | Anthony J. Scirica |

**IN RE: ALFUZOSIN HYDROCHLORIDE**
**PATENT LITIGATION**                                    MDL No. 1941

## SCHEDULE A

District of Delaware

sanofi-aventis, et al. v. Actavis South Atlantic, LLC, et al., C.A. No. 1:07-572
sanofi-aventis, et al. v. Barr Laboratories, Inc., C.A. No. 1:07-574
sanofi-aventis, et al. v. Apotex, Inc., et al., C.A. No. 1:07-792

Southern District of Florida

sanofi-aventis, et al. v. Apotex, Inc., et al., C.A. No. 0:07-61800

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  07-61800-CIV-MORENO**

SANOFI-AVENTIS   and   SANOFI-AVENTIS
U.S. LLC,

      Plaintiffs,

vs.

APOTEX INC. and APOTEX CORP.,

      Defendants.

_____/

## FINAL TRANSFER ORDER AND ORDER CLOSING CASE

THIS CAUSE came before the Court upon the Transfer Order of the Judicial Panel on Multidistrict Litigation, filed on **June 9, 2008**.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the case is transferred pursuant to the Transfer Order of the Judicial Panel on Multidistrict Litigation dated **June 9, 2008**.  It is also

ADJUDGED that the Clerk of Court for the Southern District of Florida shall close this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of June, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Parties and Counsel of Record

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Jun 09, 2008**

FILED
CLERK'S OFFICE

IN RE: ALFUZOSIN HYDROCHLORIDE
PATENT LITIGATION

MDL No. 1941

## TRANSFER ORDER

**Before the entire Panel**[*]:  Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC (collectively sanofi) have moved, pursuant to 28 U.S.C. § 1407, to centralize this litigation in the District of Delaware.  This litigation currently consists of four actions, three actions in the District of Delaware and one action in the Southern District of Florida, as listed on Schedule  A.[1]

Actavis South Atlantic LLC and Par Pharmaceutical, Inc., which are defendants in one of the Delaware actions, support the motion.  Barr Laboratories, Inc. (Barr), which is a defendant in another of the Delaware actions, does not object to centralization, but expresses concern that it might exacerbate an alleged existing conflict of interest for Kirkland & Ellis, which is one of the firms representing sanofi in three of the four actions.  Barr states that it is reserving the right to move to disqualify that firm from participation in any centralized proceedings.  Apotex Inc. and Apotex Corp. (collectively Apotex), which are defendants in one of the Delaware actions and the Southern District of Florida action, oppose centralization.  If the Panel orders centralization over Apotex's objections, it asks the Panel to select the Southern District of Florida as transferee district.

On the basis of the papers filed and hearing session held, we find that these four actions involve common questions of fact, and that centralization under Section 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  All four actions involve common factual allegations with respect to U.S. Patent Nos. 4,661,491 (the '491 patent) and 6,149,940 (the '940 patent), which are both listed in the Food and Drug Administration's register of pharmaceutical patents for sanofi's Uroxatral drug.  Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings (particularly on claim construction issues), and conserve the resources of the parties, their counsel and the judiciary.

In opposition to centralization, Apotex expresses a concern that it will engender delays in a litigation in which time is of the essence.  We are sympathetic to this concern but view it as misplaced.

---

[*]     Judge Vratil took no part in the disposition of this matter.

[1]     The Panel has been notified of one additional related action, which is pending in the District of Delaware.  That action and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 2 -

Centralization under Section 1407 will have the salutary effect of assigning the present actions to a single judge who can formulate a pretrial program that ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties and the courts.  *See In re Brimonidine Patent Litigation*, 507 F.Supp.2d 1381, 1382 (J.P.M.L. 2007).   Indeed, actions involving the validity of complex pharmaceutical patents and the entry of generic versions of the patentholder's drugs are particularly well-suited for transfer under Section 1407.  *See, e.g., In re Metoprolol Succinate Patent Litigation,* 329 F.Supp.2d 1368 (J.P.M.L. 2004) (ordering transfer under Section 1407 of two actions in which the patentholder alleged infringement of two complex pharmaceutical patents).

We are persuaded that the District of Delaware is an appropriate transferee district for pretrial proceedings in this litigation.  Three of the four actions (including the first-filed action) were brought in that district, and all parties are already litigating there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the action listed on Schedule A and pending outside the District of Delaware is transferred to the District of Delaware and, with the consent of that court, assigned to the Honorable Gregory M. Sleet for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| D. Lowell Jensen | J. Frederick Motz |
| Robert L. Miller, Jr. | Kathryn H. Vratil[*] |
| David R. Hansen | Anthony J. Scirica |

**IN RE: ALFUZOSIN HYDROCHLORIDE**
**PATENT LITIGATION**                                       MDL No. 1941

## SCHEDULE A

District of Delaware

sanofi-aventis, et al. v. Actavis South Atlantic, LLC, et al., C.A. No. 1:07-572
sanofi-aventis, et al. v. Barr Laboratories, Inc., C.A. No. 1:07-574
sanofi-aventis, et al. v. Apotex, Inc., et al., C.A. No. 1:07-792

Southern District of Florida

sanofi-aventis, et al. v. Apotex, Inc., et al., C.A. No. 0:07-61800

A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Jun 09, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Jun 09, 2008**

FILED
CLERK'S OFFICE

**IN RE: ALFUZOSIN HYDROCHLORIDE**
**PATENT LITIGATION**

MDL No. 1941

### TRANSFER ORDER

**Before the entire Panel[*]:** Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC (collectively sanofi) have moved, pursuant to 28 U.S.C. § 1407, to centralize this litigation in the District of Delaware. This litigation currently consists of four actions, three actions in the District of Delaware and one action in the Southern District of Florida, as listed on Schedule A.[1]

Actavis South Atlantic LLC and Par Pharmaceutical, Inc., which are defendants in one of the Delaware actions, support the motion. Barr Laboratories, Inc. (Barr), which is a defendant in another of the Delaware actions, does not object to centralization, but expresses concern that it might exacerbate an alleged existing conflict of interest for Kirkland & Ellis, which is one of the firms representing sanofi in three of the four actions. Barr states that it is reserving the right to move to disqualify that firm from participation in any centralized proceedings. Apotex Inc. and Apotex Corp. (collectively Apotex), which are defendants in one of the Delaware actions and the Southern District of Florida action, oppose centralization. If the Panel orders centralization over Apotex's objections, it asks the Panel to select the Southern District of Florida as transferee district.

On the basis of the papers filed and hearing session held, we find that these four actions involve common questions of fact, and that centralization under Section 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All four actions involve common factual allegations with respect to U.S. Patent Nos. 4,661,491 (the '491 patent) and 6,149,940 (the '940 patent), which are both listed in the Food and Drug Administration's register of pharmaceutical patents for sanofi's Uroxatral drug. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings (particularly on claim construction issues), and conserve the resources of the parties, their counsel and the judiciary.

In opposition to centralization, Apotex expresses a concern that it will engender delays in a litigation in which time is of the essence. We are sympathetic to this concern but view it as misplaced.

---

[*]    Judge Vratil took no part in the disposition of this matter.

[1]    The Panel has been notified of one additional related action, which is pending in the District of Delaware. That action and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 2 -

Centralization under Section 1407 will have the salutary effect of assigning the present actions to a single judge who can formulate a pretrial program that ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties and the courts. *See In re Brimonidine Patent Litigation*, 507 F.Supp.2d 1381, 1382 (J.P.M.L. 2007). Indeed, actions involving the validity of complex pharmaceutical patents and the entry of generic versions of the patentholder's drugs are particularly well-suited for transfer under Section 1407. *See, e.g., In re Metoprolol Succinate Patent Litigation*, 329 F.Supp.2d 1368 (J.P.M.L. 2004) (ordering transfer under Section 1407 of two actions in which the patentholder alleged infringement of two complex pharmaceutical patents).

We are persuaded that the District of Delaware is an appropriate transferee district for pretrial proceedings in this litigation. Three of the four actions (including the first-filed action) were brought in that district, and all parties are already litigating there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the action listed on Schedule A and pending outside the District of Delaware is transferred to the District of Delaware and, with the consent of that court, assigned to the Honorable Gregory M. Sleet for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

D. Lowell Jensen                    J. Frederick Motz
Robert L. Miller, Jr.              Kathryn H. Vratil*
David R. Hansen                    Anthony J. Scirica

IN RE: ALFUZOSIN HYDROCHLORIDE
PATENT LITIGATION

MDL No. 1941

## SCHEDULE A

District of Delaware

sanofi-aventis, et al. v. Actavis South Atlantic, LLC, et al., C.A. No. 1:07-572
sanofi-aventis, et al. v. Barr Laboratories, Inc., C.A. No. 1:07-574
sanofi-aventis, et al. v. Apotex, Inc., et al., C.A. No. 1:07-792

Southern District of Florida

sanofi-aventis, et al. v. Apotex, Inc., et al., C.A. No. 0:07-61800

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 10, 2008

```
FILED BY _____ D.C.

      JUN 1 3 2008

    STEVEN M. LARIMORE
    CLERK U.S. DIST. CT.
    S.D. OF FLA. FT. LAUD.
```

Steven M. Larimore
Clerk of the Court
United States District Court Clerk's Office
299 East Broward Boulevard Room 108
Fort Lauderdale, FL 33301

RE: **In Re Alfuzosin Hydrochloride Patent Litigation - MDL-1941**
CA 08-347 GMS (D/DE)
CA 0:07-618000 (SD/FL)

Dear Mr. Larimore:

In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
Federal Building, Lockbox 18
844 N. King Street
Wilmington, DE 19801

If your case file is maintained in electronic format in CM/ECF, please contact Dot Blansfield or me at 302-573-6170.

Sincerely,

Peter T. Dalleo, Clerk

By: _Estrickla_
Elizabeth Strickler
Deputy Clerk

Enc.
cc: Jeffery N. Luthi, Clerk of the Panel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
CLERK OF COURT



June 17, 2008

United States District Court
District of Delaware
Office of the Clerk
LockBox 18
844 King Street
Wilmington, DE 19801

RE:  MDL No. 1941 Alfuzosin Hydrochloride Patent Litigation
     Our Case #(s)   07cv61800 sanofi-aventis, et al. v. Apotex, Inc., et al
     Your Case No.  MDL 1941

Dear Sir:

In compliance with the Transfer Order, we are transferring the above case to your court. The case record is an electronic file and the certified docket sheet is attached.

Please acknowledge receipt of transfer on the case on the enclosed copy of this letter.


STEVEN M. LARIMORE
Clerk of Court



by: _____S/_____
    Dena R. Eaton
    Deputy Clerk

Encl.

301 N. Miami Avenue
Room 150
Miami, FL 33128
305-523-5100

299 E. Broward Boulevard
Room 108
Ft. Lauderdale, FL 33301
954-769-5400

✖ 701 Clematis Street
Room 402
W. Palm Beach, FL 33401
561-803-3400

☐301 Simonton Street
Room 130
Key West, FL 33040
305-295-8100

☐300 S. Sixth Street
Ft. Pierce, FL 34950
772-595-9691

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
CLERK OF COURT

June 17, 2008

United States District Court
District of Delaware
Office of the Clerk
LockBox 18
844 King Street
Wilmington, DE 19801

RE:   MDL No. 1941 Alfuzosin Hydrochloride Patent Litigation
      Our Case #(s)   07cv61800 sanofi-aventis, et al. v. Apotex, Inc., et al
      Your Case No.  MDL 1941

Dear Sir:

In compliance with the  Transfer Order, we are transferring the above case  to your court.  The case
record is an electronic file and the certified docket sheet is attached.

Please acknowledge receipt of transfer on the case on the enclosed copy of this letter.

STEVEN M. LARIMORE
Clerk of Court

by: _____
     Dena R. Eaton
     Deputy Clerk

Encl.

```
CLERK'S ACKNOWLEDGMENT OF RECEIPT

Receipt of:
     1) electronic court file
     2) certified paper docket sheet
is hereby acknowledged.  This case
has been assigned our case number:

_____

by: _____, Deputy Clerk

on: _____
```

---